**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHARLES CORBISHLEY,<br><br>                Plaintiff,<br>    v.<br><br>ANDREW NAPOLITANO,<br><br>                Defendant. | CASE NO.: 1:20-CV-07445<br><br>Civil Action<br><br>NOTICE OF MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(3) AND 28 U.S.C. § 1406 |

TO:    Jon L. Norinsberg, Esq.
         Joseph & Norinsberg, LLC
         110 E. 59th Street, Suite 3200
         New York, New York 10022
         *Attorneys for Plaintiff Charles Corbishley*

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Andrew P. Napolitano, and the exhibit annexed thereto, and Declaration of Michael D. Sirota, and the exhibit annexed thereto, and upon the accompanying Memorandum of Law, and upon all prior pleadings and filings in this action, Defendant Andrew Napolitano, by and through his counsel, Cole Schotz P.C., shall move before this Court at the United States Courthouse for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, New York, before the Honorable Vernon S. Broderick, United States District Judge, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406 transferring the within action to the United States District Court for the District of New Jersey, Newark Vicinage.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief sought herein shall be in writing, filed with the Clerk of the District Court and served upon the undersigned no later than fourteen (14) days from the date of service of this Motion. *See* Local Rule 6.1(b).

**PLEASE TAKE FURTHER NOTICE** that Defendant requests oral argument on this motion if timely opposition is filed.

COLE SCHOTZ, P.C.
Attorneys for Defendant Andrew Napolitano

By:   */s Michael D. Sirota*
      Michael D. Sirota
      1325 Avenue of the Americas, 19th Floor
      New York, New York 10019
      (212) 752-8000
      msirota@coleschotz.om

DATED:  September 15, 2020