USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　:
CHARLES CORBISHLEY,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　　　20-cv-7445 (VSB)
　　　　-against-　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　　　**ORDER**
ANDREW NAPOLITANO,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendant.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

　　　　In light of my October 21, 2020 Opinion and Order (Doc. 16,) the Clerk of Court is respectfully directed to transfer the case forthwith to the District of New Jersey. The seven-day waiting period set forth in Local Rule 83.1 shall be waived.

SO ORDERED.

Dated:　November 1, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Vernon S. Broderick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge